No. 69629.—International Expediters, Inc. *v.* United States, protest 62/17249–13080 (Chicago).

Opinion by FORD, J. In accordance with stipulation of counsel that the items of merchandise are pliers, valued over $2 per dozen, which have slip joints, the claim of the plaintiff was sustained.